NUMBER
13-05-00492-CR

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT OF TEXAS

 

CORPUS CHRISTI B EDINBURG

                                                                                                                       


IN RE: BOBBY JOE RODRIGUEZ, 

RELATOR

                                                                                                 
                      

On Petition for Writ of Mandamus

                                                                                                                       


MEMORANDUM OPINION

 

Before Chief Justice Valdez and
Justices Hinojosa and Rodriguez

Memorandum Opinion
Per Curiam

Relator, Bobby Joe Rodriguez, filed a petition for
writ of mandamus in the above cause number on July 29, 2005.  The Court, having examined and fully
considered the petition, is of the opinion that said petition for writ of
mandamus should be denied.  Accordingly,
relator=s petition for writ of mandamus is denied.

PER CURIAM

Do
not publish.  See Tex. R. App. P. 47.2(b).

 

Memorandum
opinion delivered and filed

this
29th day of July, 2005.